UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
COLIN BROWN suing individually on his
own behalf and representatively on behalf of a
class of plaintiffs similarly situated,

                              Plaintiff,

     -against-


THE ALLSTATE CORPORATION, ALLSTATE                         Case No. 22-cv-5096
INSURANCE COMPANY, ALLSTATE FIRE AND
CASUALTY INSURANCE COMPANY, ALLSTATE                       **STIPULATION OF**
INDEMNITY COMPANY, ALLSTATE PROPERTY &                     **DISMISSAL**
CASUALTY INSURANCE COMPANY, ALLSTATE NEW
JERSEY INSURANCE COMPANY, ALLSTATE NEW
JERSEY PROPERY & CASUALTY INSURANCE
COMPANY, ALLSTATE NORTHBROOK INDEMNITY
COMPANY, ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, DEERBROOK INSURANCE
COMPANY, ENCOMPASS HOLDINGS, LLC,
ENCOMPASS INSURANCE COMPANY, ENCOMPASS
INDEMNITY COMPANY, ENCOMPASS INSURANCE COMPANY,
ESURANCE PROPERTY & CASUALTY
INSURANCE COMPANY and ALLSTATE COUNTY
MUTUAL INSURANCE COMPANY,

                             Defendants.
------------------------------------------------------------------------ X

## **STIPULATION OF DISMISSAL**

     Pursuant to FRCP 41(a)(1)(A)(ii), all parties agree that the following defendants are hereby dismissed from this action, without prejudice:

- Deerbrook Insurance Company
- The Allstate Corporation
- Allstate New Jersey Property & Casualty Insurance Company
- Allstate New Jersey Insurance Company,
- Allstate County Mutual Insurance Company
- Allstate Northbrook Indemnity Company
- Allstate Vehicle and Property Insurance Company

- Encompass Holdings, LLC
- Encompass Insurance Company
- Encompass Indemnity Company
- Esurance Insurance Company
- Esurance Property and Casualty Insurance Company

/s/ Kevin Fitzpatrick

Kevin Fitzpatrick
Dirk Marschhausen
MARSCHHAUSEN & FITZPATRICK, P.C.
kfitzpatrick@marschfitz.com
73 Heitz Place
Hicksville, New York 11801
(516) 747-8000
Attorneys for Plaintiff

SACKS WESTON LLC
John K. Weston, Esq.
jweston@sackslaw.com
55th Floor – 1650 Market Street
Philadelphia, PA 19103
Phone: (215) 925-8200
Attorneys for Plaintiff

/s/ Anupama Prasad

Anupama Prasad (AP 2502)
COZEN O'CONNOR
3 WTC, 175 Greenwich Street – 55th Floor
New York, New York 10007
Telephone: (212) 509-9400
aprasad@cozen.com
Attorneys for Defendants